**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| ANDERSON MARTINEZ PADRON, <br><br> *Petitioner*, <br><br> -against- <br><br> JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement, *et. al.,* <br><br> *Respondent*. |

1:26-cv-00634 (ALC)

<u>ORDER TERMINATING CASE</u>

**ANDREW L. CARTER, JR., United States District Judge:**

The Court's Order dated February 4, 2026, granted Petitioner's Petition for Writ of Habeas Corpus (ECF No. 8). Based upon that Order, and the Respondent's February 4, 2026, certification of compliance (ECF No. 24), this case is terminated. The Clerk of Court is respectfully requested to close the case.

**SO ORDERED.**

Dated:   May 1, 2026
         New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**